IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**COLTER VANHORN**                                                                                   **PLAINTIFF**
**ADC # 660838**

v.                                 Case No. 3:22-CV-00271-LPR

**STEVEN DAVIS, et al.**                                                                          **DEFENDANTS**

## ORDER

Colter Vanhorn ("Plaintiff") has not responded to the Court's October 21, 2022 Order directing him to either pay the $402 statutory filing fee or file a completed Motion to Proceed *In Forma Pauperis* within 30 days.[1] The Court warned Plaintiff that his failure to do one or the other could result in the dismissal of his Complaint without prejudice.[2] Despite this warning, Plaintiff has not paid the filing fee, filed a completed Motion to Proceed *In Forma Pauperis*, or otherwise responded to the Court's October 21 Order—and the time for doing so has passed. Further, mail from the Court to Plaintiff is being returned as undeliverable.[3]

Rule 5.5(c)(2) of the Local Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. . . . If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .

Because Plaintiff has failed to respond, his Complaint is DISMISSED without prejudice for failure to prosecute. The Court certifies that an *in forma pauperis* appeal of this Order and the

---

[1] Doc. 3.

[2] *Id.*

[3] Doc. 5.

accompanying Judgment is considered frivolous and not in good faith.

IT IS SO ORDERED this 17th day of April 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE