IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**COLTER VANHORN**  **PLAINTIFF**
ADC # 660838

v. Case No. 3:22-CV-00271-LPR

**STEVEN DAVIS, et al.**  **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed on this date, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff Colter Vanhorn's complaint is dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from this judgment and any underlying orders dismissing this action is considered frivolous and not in good faith.

IT IS SO ADJUDGED this 17th day of April 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE